COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



GILLES L. DELISLE and HELGA
DELISLE,


 Appellants,


v.


GMF, Inc.,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00327-CV



Appeal from the


120th District Court


of El Paso County, Texas


(TC#2007-3960)


MEMORANDUM OPINION


 Appellants move to voluntarily dismiss their interlocutory appeal of a November 5, 2008,
order of the trial court denying their special appearance motions, pursuant to Tex.R.App.P.
42.1(a)(1). The Appellants no longer wish to pursue this appeal. The Court concludes that the
motion should be granted. Therefore, we dismiss the appeal with costs taxed against the Appellants
since there is no agreement otherwise. See Tex.R.App.P. 42.1(d).



 GUADALUPE RIVERA, Justice

March 19, 2009


Before Chew, C.J., McClure, and Rivera, JJ.